# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Maroun Kamel Boutros; Nada Boutros; and Does 1-10,<br><br>　　　　Defendants, | Case: 2:14-CV-03074-JAK-AGR<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**<br><br>**JS-6** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 19, 2014　　　　[signature]

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE

1

Stipulation for Dismissal　　　Case: 2:14-CV-03074-JAK-AGR